FILED
July 25, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                             )<br>               Plaintiff,                           )<br>v.                                                          )<br>                                                             )<br>JONATHAN DALE GANEY,                   )<br>                                                             )<br>               Defendant.                         ) | Case No. 2:11MJ00210-GGH<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JONATHAN DALE GANEY, Case No. 2:11MJ00210-GGH, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_   Release on Personal Recognizance

    \_\_   Bail Posted in the Sum of $

    _X_   Unsecured Appearance Bond in the amount $50,000, co-signed by defendant's mother.

    \_\_   Appearance Bond with 10% Deposit

    \_\_   Appearance Bond with Surety

    \_\_   Corporate Surety Bail Bond

    _X_   (Other) Pretrial release conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  July 25, 2011  at  2:00 PM .

By   /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge