DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JONATHAN GANEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JONATHAN DALE GANEY,<br><br>　　　　　Defendant. | CASE NO.  CR-S-11-323 JAM<br><br>**WAIVER OF DEFENDANT'S PRESENCE** |

　　　　Pursuant to Fed.R.Crim.P. 43, defendant, JONATHAN DALE GANEY, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, initial appearance, trial confirmation hearing, entry of plea, and every stage of trial including verdict, impanelment of jury and imposition of sentence.

　　　　Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver and agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present.  Defendant further agrees to be present in Court ready for trial any day and hour the Court may fix in his absence.

/ / /

/ / /

/ / /

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes his attorney to set times and delays under that Act without his personal presence.

Dated: April 23, 2012

                                              */s/ Jonathan Ganey*
                                              JONATHAN DALE GANEY
                                              (Original retained by attorney)

I concur in Mr. Ganey's decision to waive his presence at future proceedings.

Dated: April 26, 2012

                                              */s/ Matthew C. Bockmon*
                                              MATTHEW C. BOCKMON
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              JONATHAN DALE GANEY

**IT IS SO ORDERED.**

Dated: April 26, 2012

                                              /s/ John A. Mendez
                                              JOHN A. MENDEZ
                                              United States District Court Judge