```
DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
WILLIAM BOHAC
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 11-323 JAM |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| v. ) | DATE, CONTINUING CASE, AND |
| ) | EXCLUDING TIME |
| ) | |
| WILLIAM BOHAC, ) | |
| JONATHAN GANEY, ) | Date   March 12, 2013 |
| ) | Time:  9:45 a.m. |
| Defendants. ) | Judge: Hon. Mendez |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jared Dolan, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant William Bohac; Attorney Matthew Bockman, Counsel for Jonathan Ganey, that the status conference of March 5, 2013, be vacated and the matter be continued to this Court's criminal calendar on March 12, 2013, at 9:45 a.m. for change of plea.

This continuance is requested by the defense in order to permit counsel to continue in negotiations with the prosecution to finalize final details of the plea agreement and to review those details with the defendants.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the March 12, 2013, date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: March 1, 2013          /S/ Dina L. Santos
                              DINA L. SANTOS
                              Attorney for
                              William Bohac

Dated: March 1, 2013          /S/ Matthew Bockman
                              MATTHEW BOCKMAN
                              Attorney for
                              Jonathan Ganey

Dated: March 1, 2013          /S/ Jared Dolan
                              JARED DOLAN
                              Assistant United States Attorney
                              Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

        By the Court,

Dated: March 1, 2013          /s/ John A. Mendez
                                        Hon. John A. Mendez
                                        United States District Court Judge