JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JONATHAN GANEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN GANEY,<br><br>　　　　　Defendant. | NO. CR-S-11-323 JAM<br><br>**STIPULATION AND ORDER TO VACATE STATUS CONFERENCE**<br><br>Date:  April 16, 2013<br>Time:  9:45 a.m.<br>Judge: John A. Mendez |

　　　　It is hereby stipulated and agreed to by and between the United States of America, through JARED DOLAN, Assistant U.S. Attorney, and defendants, JONATHAN GANEY, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender that the status conference for Tuesday, March 12, 2013 be vacated, and a new status conference date of  Tuesday, April 16, 2013,  at 9:45 a.m., be set.

　　　　The reason for the continuance is to permit counsel to continue in negotiations with the prosecution in attempt to reach a resolution and to meet with the defendant to discuss various resolutions.

　　　　It is further stipulated that the time period from the date of this stipulation, March 11, 2013, through and including the date of the new status conference hearing, April 16, 2013, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

1  Dated: March 11, 2013

2  Respectfully submitted,

3  JOSEPH SCHLESINGER

4  Acting Federal Defender

5  /s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
6  Assistant Federal Defender
Attorney for Defendant
7  JONATHAN GANEY

8
Dated: March 11, 2013         BENJAMIN B. WAGNER
9                              United States Attorney

10                      By:    /s/ Matthew C. Bockmon for
                               JARED DOLAN
11                             Assistant U.S. Attorney
                               Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on March 11, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, March 12, 2013, be vacated and that the case be set for **Tuesday, April 16, 2013, at 9:45 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 11, 2013, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, March 11, 2013, through and including April 16, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv)  and Local Code T4.

DATED: March 11, 2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge