Heather E. Williams, Bar #122664
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JONATHAN GANEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN GANEY,<br><br>Defendant. | NO. CR-S-11-323 JAM<br><br>**STIPULATION AND ORDER TO VACATE STATUS CONFERENCE**<br><br>Date: August 20, 2013<br>Time: 9:45 a.m.<br>Judge: John A. Mendez |

It is hereby stipulated and agreed to by and between the United States of America, through JARED DOLAN, Assistant U.S. Attorney, and defendants, JONATHAN GANEY, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender that the status conference for Tuesday, July 16, 2013 be vacated, and a new status conference date of Tuesday, August 20, 2013, at 9:45 a.m., be set.

The reason for the continuance is to permit counsel to continue in negotiations with the prosecution in attempt to reach a resolution and to meet with the defendant to discuss various resolutions.

It is further stipulated that the time period from the date of this stipulation, July 15, 2013, through and including the date of the new status conference hearing, August 20, 2013, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

1  Dated: July 15, 2013

2  Respectfully submitted,

3  HEATHER E. WILLIAMS

4  Federal Defender

5  */s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
6  Assistant Federal Defender
Attorney for Defendant
7  JONATHAN GANEY

8
Dated: July 15, 2013    BENJAMIN B. WAGNER
9  United States Attorney

10  By:  */s/ Matthew C. Bockmon for*
JARED DOLAN
11  Assistant U.S. Attorney
Attorney for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on July 15, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, July 16, 2013, be vacated and that the case be set for **Tuesday, August 20, 2013, at 9:45 a.m.**  The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 15, 2013, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, July 15, 2013, through and including August 20, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv)  and Local Code T4.

DATED: July 15, 2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge