```
1   Heather E. Williams, Bar #122664
    Federal Defender
2   MATTHEW C. BOCKMON, Bar # 161566
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California  95814
    Telephone: (916) 498-5700
5
    Attorney for Defendant
6   JONATHAN GANEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-S-11-323 JAM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO VACATE STATUS CONFERENCE** |
| JONATHAN GANEY, | ) | Date:  September 24, 2013 |
| Defendant. | ) | Time:  9:45 a.m. |
| | ) | Judge: John A. Mendez |

It is hereby stipulated and agreed to by and between the United States of America, through JARED DOLAN, Assistant U.S. Attorney, and defendants, JONATHAN GANEY, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender that the status conference for Tuesday, August 20, 2013 be vacated, and a new status conference date of Tuesday, September 24, 2013, at 9:45 a.m., be set.

The reason for the continuance is to permit counsel to continue in negotiations with the prosecution in attempt to reach a resolution and to meet with the defendant to discuss various resolutions.

It is further stipulated that the time period from the date of this stipulation, August 15, 2013, through and including the date of the new status conference hearing, September 24, 2013, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

1  Dated: August 15, 2013

2                                                            Respectfully submitted,

3                                                            HEATHER E. WILLIAMS

4                                                            Federal Defender

5                                                             /s/ Matthew C. Bockmon
                                                             MATTHEW C. BOCKMON
6                                                            Assistant Federal Defender
                                                             Attorney for Defendant
7                                                            JONATHAN GANEY

8
   Dated: August 15, 2013                                    BENJAMIN B. WAGNER
9                                                            United States Attorney

10                                                    By:     /s/ Matthew C. Bockmon for
                                                             JARED DOLAN
11                                                           Assistant U.S. Attorney
                                                             Attorney for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on August 15, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, August 20, 2013, be vacated and that the case be set for **Tuesday, September 24, 2013, at 9:45 a.m.**  The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 15, 2013, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, August 15, 2013, through and including September 24, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv)  and Local Code T4.

DATED: August 15, 2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge