1  Heather E. Williams, Bar #122664
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JONATHAN GANEY

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )    NO. CR-S-11-323 JAM
                                      )
12            Plaintiff,              )
                                      )    **STIPULATION AND ORDER TO VACATE**
13    v.                              )    **STATUS CONFERENCE**
                                      )
14 JONATHAN GANEY,                    )    Date:  October 29, 2013
                                      )    Time:  9:45 a.m.
15                                    )    Judge: John A. Mendez
              Defendant.             )
16 _____ )
                                      )
17                                    )

18        It is hereby stipulated and agreed to by and between the United States of America, through JARED

19 DOLAN, Assistant U.S. Attorney, and defendants, JONATHAN GANEY, by and through his counsel,

20 Matthew C. Bockmon, Assistant Federal Defender that the status conference for Tuesday, September 24, 2013

21 be vacated, and a new status conference date of Tuesday, October 29, 2013, at 9:45 a.m., be set.

22        The reason for the continuance is to permit counsel to continue in negotiations with the prosecution

23 in attempt to reach a resolution and to meet with the defendant to discuss various resolutions.

24        It is further stipulated that the time period from the date of this stipulation, September 23, 2013,

25 through and including the date of the new status conference hearing, October 29, 2013, shall be excluded

26 under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide

27 defense counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the

28 continuance outweigh the best interests of the public and the defendant in a speedy trial.

1   Dated: September 23, 2013

2                                                    Respectfully submitted,

3                                                    HEATHER E. WILLIAMS

4                                                    Federal Defender

5                                                     /s/ Matthew C. Bockmon
                                                     MATTHEW C. BOCKMON
6                                                    Assistant Federal Defender
                                                     Attorney for Defendant
7                                                    JONATHAN GANEY

8
    Dated: September 23, 2013                        BENJAMIN B. WAGNER
9                                                    United States Attorney

10                                  By:    /s/ Matthew C. Bockmon for
                                                     JARED DOLAN
11                                                   Assistant U.S. Attorney
                                                     Attorney for Plaintiff
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## O R D E R

2        Based on the reasons set forth in the stipulation of the parties filed on September 23, 2013, and good

3   cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.   IT IS HEREBY

4   ORDERED that the status conference currently scheduled for Tuesday, September 24, 2013, be vacated and

5   that the case be set for **Tuesday, October 29, 2013, at 9:45 a.m.**  The Court finds that the ends of justice

6   served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy

7   trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 23, 2013,

8   stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is

9   excluded during the time period from the date of this stipulation, September 23, 2013, through and including

10  October 29, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv)  and Local Code T4.

11

DATED: September 23,  2013

12

13                                      /s/ John A. Mendez
                                        JOHN A. MENDEZ
14                                      United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28