HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
JONATHAN GANEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 11-cr-323 JAM |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME |
| v. | ) ) | |
| JONATHAN GANEY, | ) ) | Date:   June 24, 2014 |
| Defendant. | ) ) ) | Time:   9:30 a.m. Judge:  Honorable John A. Mendez |

It is hereby stipulated and agreed to by and between the United States of America, through JARED DOLAN, Assistant U.S. Attorney, and defendants, JONATHAN GANEY, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender that the status conference for Tuesday, May 13, 2014 be vacated, and a new status conference date of Tuesday, June 24, 2014, at 9:30 a.m., be set.

The reason for the continuance is to permit counsel to continue in negotiations with the prosecution in attempt to reach a resolution and to meet with the defendant to discuss various resolutions.

It is further stipulated that the time period from the date of this stipulation, May 9, 2014, through and including the date of the new status conference hearing, June 24, 2014, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends

of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: May 9, 2014

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender


/s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for JONATHAN GANEY

DATED: May 9, 2014

BENJAMIN B. WAGNER
United States Attorney


/s/ Matthew C. Bockmon for
JARED DOLAN
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

Based on the reasons set forth in the stipulation of the parties filed on May 9, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, May 13, 2014, be vacated and that the case be set for Tuesday, June 24, 2014, at 9:30 a.m. The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 9, 2014, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, May 9, 2014, through and including June 24, 2014, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4.

DATED: May 9, 2014

/s/ JOHN A. MENDEZ
Hon. John A. Mendez
United States District Court Judge