1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW C. BOCKMON, #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA  95814
   Telephone: (916) 498-5700

   Attorney for Defendant
   JONATHAN GANEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 11-cr-323 JAM |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME |
| v. | ) ) | |
| JONATHAN GANEY, | ) ) | Date:   August 5, 2014 Time:   9:30 a.m. |
| Defendant. | ) ) | Judge:  Honorable John A. Mendez |

It is hereby stipulated and agreed to by and between the United States of America, through JARED DOLAN, Assistant U.S. Attorney, and defendants, JONATHAN GANEY, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender that the status conference for Tuesday, June 24, 2014 be vacated, and a new status conference date of Tuesday, August 5, 2014, at 9:30 a.m., be set.

The reason for the continuance is to permit counsel to continue in negotiations with the prosecution in attempt to reach a resolution and to meet with the defendant to discuss various resolutions.

It is further stipulated that the time period from the date of this stipulation, June 16, 2014, through and including the date of the new status conference hearing, August 5, 2014, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends

of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: June 16, 2014

        Respectfully submitted,

        HEATHER E. WILLIAMS
        Federal Defender


        */s/ Matthew C. Bockmon*
        MATTHEW C. BOCKMON
        Assistant Federal Defender
        Attorney for JONATHAN GANEY

DATED: June 16, 2014        BENJAMIN B. WAGNER
        United States Attorney


        /*s/ Matthew C. Bockmon for*
        JARED DOLAN
        Assistant U.S. Attorney
        Attorney for Plaintiff

## **ORDER**

Based on the reasons set forth in the stipulation of the parties filed on June 16, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, June 24, 2014, be vacated and that the case be set for Tuesday, August 5, 2014, at 9:30 a.m. The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' June 16, 2014, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, June 16, 2014, through and including August 5, 2014, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4.

DATED: June 16, 2014

        /s/ John A. Mendez
        Hon. John A. Mendez
        United States District Court Judge