DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
JONATHAN GANEY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JONATHAN GANEY

    Defendant.

No. 2:11-cr-00323 GEB

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through each counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 25, 2017.

2. By this stipulation, the defendant now moves to continue the status conference until September 29, 2017, at 9:00 a.m. a.m. and to exclude time between August 25, 2017, and September 29, 2017, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. There are over 1380 pages of discovery, and numerous audio and video recordings.

1

b. Counsel for the defendant desires additional time to consult with an expert concerning the Marijuana plant count, review discovery with his client, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with his client, to prepare pretrial motions, and to otherwise prepare for trial. The defense expert needs additional time to complete his work in this matter.

c. Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period between August 25, 2017, and September 29, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 23, 2017                     PHILLIP A. TALBERT
                                           U.S. ATTORNEY

                                  By:      /s/ David D. Fischer for
                                           JARED DOLAN
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff


Dated: August 23, 2017                     /s/ David D. Fischer
                                           DAVID D. FISCHER
                                           Attorney for Defendant
                                           JONATHAN GANEY

# O R D E R

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the August 25, 2017, status conference hearing be continued to September 29, 2017, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time beginning from August 25, 2017, up to and including the September 29, 2017, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

IT IS SO FOUND AND ORDERED.

Dated: August 24, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge